Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio





# MEMORANDUM OPINION

No. 04-12-00309-CV

**IN THE INTEREST OF K.B.**, K.J.P.B., K.J.P., and K.P., Children

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 11-0254-CV
Honorable Karin Bonicoro, Judge Presiding

PER CURIAM

Sitting:       Catherine Stone, Chief Justice
               Karen Angelini, Justice
               Sandee Bryan Marion, Justice

Delivered and Filed:  June 20, 2012

DISMISSED FOR LACK OF JURISDICTION

A clerk's record was filed in this appeal on May 18, 2012. The notice of appeal contained in the clerk's record, however, is a request for a *de novo* hearing of an associate judge's report before the referring court. *See* TEX. FAM. CODE ANN. § 201.204, 201.317 (West Supp. 2011). The fiat attached to this notice of appeal states that the motion was set for a hearing before the referring court on May 7, 2012. The clerk's record does not contain a final judgment from the *de novo* hearing or a notice of appeal to this court.

On May 22, 2012, we ordered the respondent parent to show cause why this appeal should not be dismissed for lack of jurisdiction. No response was filed. Accordingly, this appeal is dismissed for lack of jurisdiction without prejudice to the respondent parent's right to appeal

to this court after a final judgment is signed.  *See* TEX. R. APP. P. 25.1 (setting forth requirements for perfecting an appeal in a civil case); TEX. R. APP. P. 42.3 (providing for involuntary dismissal of civil appeal for want of jurisdiction).

PER CURIAM